An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67701

**FILED**

MAY 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of certiorari. Petitioner argues that the district court lacked jurisdiction due to a failure to enter specific findings of fact and conclusions of law regarding a claim of denial of counsel at sentencing. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. NRS 34.020. Accordingly, we

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Percy Lavae Bacon
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

15-15196